UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS JAMES SAYLES,

    Defendant.
_____/

Case No. 2:11-cr-03

HON. R. ALLAN EDGAR

### ORDER OF DETENTION

Defendant was arrested on April 18, 2014, and appeared before the undersigned on April 22, 2014, on a Petition for Warrant or Summons for Offender Under Supervision (docket #34), alleging multiple violations of the defendant's terms of supervised release.  At that initial appearance, the defendant waived his right to a preliminary hearing, his right to appear before a district judge, and his right to allocution and sentencing before a district judge.  Defendant requested that a revocation hearing be set; defense counsel indicated to the court that he needed approximately two weeks within which to prepare.  Accordingly,  IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  May 2, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge